The People *vs.* Eleanor Johnson. *Grand Larceny.*

NEW-YORK,
Feb. 1823.

THE prisoner was indicted for stealing from the person of John Gunyan, his pocket-book, containing one bank check of $27, one note of $20, two notes of $10, and twenty notes of $5, and also twenty notes of $3, on the 10th day of December, 1822, altogether amounting to $225.

The facts of the case, as detailed by the witnesses, appeared to be as follows : Mr. Gunyan was walking down Division street on the evening of the 10th of December, and in the mob · he passed through, his hat was partly jostled off his head, he took his hand from his breeches pocket, in which he had his money, but for a moment, to prevent his hat from falling off his head, and in a moment his pocket-book was gone.

On the same evening, about one o'clock, Mr. Woods found the pocket-book in pike-street, near Banker-street, emptied of its contents except a paper identified by Mr. Gunyan.

It was proved by the witnesses, on the part of the people, that they knew Eleanor Johnson, and had known her for some time past ; that the day before the pocket book was stolen from Mr. Gunyan, she was, in the language of the witnesses, " nothing but a bundle of rags," and afterwards appeared to be well dressed ; gave different sums of money to her associates; and appeared to have a considerable sum in her possession.

The watch upon the stand in Banker-street, were determined to arrest her ; they went late in the evening to the house of Mrs. Underwood, well known in Banker-street as a house of the worst kind. She was found in bed, and secured by Mr Woods and others. A small black

The People
*vs.*
E. Johnson.

It is not necessary the examination of a prisoner, in order to make it evidence should be signed by him.

NEW-YORK, purse was found in her bosom, containing near $25, among
Feb. 1823. which was a $10 counterfeit note, identified by Mr. Gun-
The People yan as being one of the notes he had in his pocket-book.
vs. To the question where she got so much money, she an-
E. Johnson. swered she had received it of different men who had called
to see her.

She was taken to the police, examined, and committed for trial.

It was also proved that she was seen going to the corner of Banker and Pike-street, where the pocket-book was found, about twelve o'clock at night.

*Maxwell, District Attorney*, after establishing these facts by respectable witnesses, offered the examination of the prisoner in evidence to the jury

*Price* objected to its being read, and founded his objection on an alleged defect in the examination, to wit : *it was not signed by the prisoner ;* and cited Starkie's Rep. vol. 2. p. 484.

*Maxwell* replied that the case alluded to was a singular one, and that Judge Wood gave no reasons for his decision. That Lamb's case was always considered as law in this country : that it was the opinion of the twelve judges, and ought to be held of higher authority than the opinion of a single judge.

2 Leach, 552. 637.

The court observed that Lamb's case had always been considered a leading one in this country : that the reasons on which the opinion of judges was founded in that case, was entirely satisfactory to them.

The court disregarded the decision of Judge Wood, and decided the examination might be read ; and it was read to the jury.